

**Signed and Filed: June 19, 2008**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 08-30199DM |
| PACIFIC EDUCATION FOUNDATION, | ) |
| fka Heald Colleges; fka Heald | ) Chapter 11 |
| Colleges; fka Heald College of | ) |
| California, | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |

MEMORANDUM FOLLOWING STATUS CONFERENCE

On June 6, 2008, the court conducted a status conference on
matters pertaining to the motion of 3D Investments, LLC ("3D") for
relief from the automatic stay.  3D appeared and was represented
by Alan Ramos, Esq.  Debtor Pacific Education Foundation ("PEF")
appeared and was represented by James E. Topinka, Esq. and David
A. Honig, Esq.

The subject of the status conference was the status of the
3D-PEF arbitration pending before James F. Ventura, Esq. in
Kailua, Hawaii.  More particularly, by letter entered on May 27,
2008, the court granted limited relief from stay to 3D to inquire
of Mr. Ventura concerning his jurisdiction and willingness to
proceed with the subject arbitration.  By e-mail of May 31, 2008,
Mr. Ventura responded, stating in part, that "without further
instruction or authority, I am unsure whether I have jurisdiction
over remedies in the event of a breach."  Thereafter, counsel for

-1-

1   3D and counsel for PEF communicated separately with Mr. Ventura.

2        At the present time the court is unable to determine whether

3   it would be appropriate to grant any further relief to 3D in

4   connection with the arbitration or to proceed with consideration

5   of objections PEF intends to file to 3D's proof of claim in this

6   bankruptcy case.  To illuminate the court as appropriate and to

7   facilitate the parties' mutual desire to obtain a determination

8   from Mr. Ventura concerning the extent to which he could provide a

9   final resolution of the 3D-PEF dispute, the parties agreed on this

10  court's record to the following:

11       1.  By this memorandum the court will communicate its and the

12  parties' desire that Mr. Ventura clarify his position on the issue

13  set forth below;

14       2.  No later than June 20, 2008, both 3D and PEF will submit

15  simultaneous letter briefs, not in excess of five pages, to

16  Mr. Ventura setting forth their respective views on whether, under

17  applicable law, Mr. Ventura has or does not have jurisdiction over

18  remedies in the event he determines that there has been a breach

19  of the Settlement Agreement and Mutual Release dated May 25, 2007;

20       3.  Following the submission of those letter briefs, the

21  parties and the court will await Mr. Ventura's response.

22       The court requests that Mr. Ventura accept this schedule and

23  act accordingly.

24                        **END OF MEMORANDUM**

25

26

27

28

-2-

1                           COURT SERVICE LIST

2  David A. Honig, Esq.
   Winston & Strawn LLP
3  101 California St.
   San Francisco, CA 94111-5894
4
   Alan E. Ramos, Esq.
5  Nevin, Ramos & Steele
   700 Ygnacio Valley Rd., #220
6  Walnut Creek, CA 94596-3859

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            -3-