Signed and Filed: April 21, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WINSTON & STRAWN LLP
DAVID A. HONIG (S.B. No. 160721)
BRIAN Y. LEE (S.B. No. 197233)
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
dhonig@winston.com
bylee@winston.com

Reorganization Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re

PACIFIC EDUCATION FOUNDATION, a California non-profit public benefit corporation,

Debtor.

Fed Tax. ID No.: 94-2398206

Case No. 08-30199 DM

Chapter 11

**ORDER APPROVING COMPROMISE WITH 3D INVESTMENTS LLC PURSUANT TO BANKRUPTCY RULE 9019**

This Court having reviewed the Motion for Order Approving Compromise with 3D Investments LLC Pursuant to Rule 9019 of Federal Rules of Bankruptcy Procedure (the "Motion"), filed by Pacific Education Foundation, debtor and debtor in possession herein (the "Debtor"), the written Settlement Agreement ("Settlement Agreement") between the Debtor and 3D Investments LLC ("3D"), and the written escrow agreement among the Debtor, 3D, and Wells Fargo Bank, National Association ("Escrow Agreement" and, collectively with the Settlement Agreement, the "3D Agreements), each of which was filed with the Court on April 17, 2009, and the other pleadings and papers on file in this case; having determined that adequate notice has been given under the circumstances, and that the Debtor's entry into the 3D Agreements is in the best interests of the Debtor's estate and creditors; and good cause appearing therefor,

It is hereby ORDERED as follows:

1. The Motion is in all respects GRANTED.

2. The Debtor is authorized and directed to enter into, and to perform any and all obligations contemplated by, the 3D Agreements promptly upon entry of this Order and on any and all applicable dates and times thereafter as contemplated by the 3D Agreements.

3. Heald Capital, LLC ("<u>Maker</u>"), Heald Education, LLC, and Heald College, LLC (collectively, the "<u>New Heald Entities</u>"), are not parties to the 3D Agreements and, as such, are bound by the terms of the 3D Agreements only to the extent set forth in this Order.

4. Maker shall tender all payments in connection with Note A (as such term is defined in the Settlement Agreement) as required by the 3D Agreements.

5. The terms of the 3D Agreements shall not be deemed to violate any provision of Note A, including, without limitation, Section 9 thereof, and shall not be deemed to give rise to any defense in favor of any of the New Heald Entities under Note A, including, without limitation, Section 9 thereof.

6. The terms of the 3D Agreements shall not be deemed to violate any provision of that certain Settlement Agreement dated December 31, 2008 (the "<u>New Heald Settlement</u>"), between the New Heald Entities and the Debtor, and shall not be deemed to give rise to any defense in favor of the New Heald Entities under the New Heald Settlement.

7. This Order shall be effective immediately and shall not be stayed pursuant to FRBP 6004(h), so that the Debtor shall make the initial $750,000 distribution to 3D by wire transfer not more than two (2) business days after the entry of this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order or the provisions of the 3D Agreements.

Approved as to form and content:

/s/Ron Oliner
Ron Oliner
Duane Morris LLP
Counsel for Heald Education LLC and affiliates

/s/Jeffrey C. Krause
Jeffery C. Krause
Stutman Treister & Glatt, PC
Counsel for 3D Investments LLC

*** END OF ORDER ***

## Court Service List

Attorneys for Debtor
Winston & Strawn LLP
David A. Honig, Esq.
Brian Y. Lee, Esq.
101 California Street, 39th Floor
San Francisco, CA 94111-5894

Attorneys for 3D Investments, LLC
Jeffrey C. Krause, Esq.
Stutman Treister & Glatt, PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

Attorneys for Heald Capital, LLC and affiliates
Ron Oliner, Esq.
Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104

Office of the United States Trustee
Patricia A. Cutler, Esq.
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104