Notice to all attorneys: Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form OCP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Pacific Education Foundation<br>   fka   Heald Colleges<br>   fka   Heald College<br>   fka   Heald College of California<br>      Debtor(s) | Case No.: 08–30199 DM 11<br>Chapter: 11 |

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 09/28/2009 confirming the plan of reorganization filed by the debtor(s) on 8/28/09 .

Dated: 9/28/09

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court